IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERALDINE ROBINSON,

     Appellant,

v.

PELOTON, INC AS ASSIGNEE
OF INDEPENDENT BANK,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4361

Opinion filed May 17, 2017.

An appeal from an order of the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

Geraldine Robinson, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

WOLF, RAY, and BILBREY, JJ., CONCUR.